UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61048-CIV-DIMITROULEAS

Amir Preisler, individually and on behalf of all others
similarly situated,

       Plaintiffs,

vs.

Cavalry Portfolio services, LLC, Cavalry SPVI I, LLC,
and John Does 1-25,

       Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal with Prejudice (the "Stipulation") [DE 15], filed herein on November 5, 2020.   The Court has carefully considered the Stipulation [DE 15] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Stipulation [DE 15] is **APPROVED**;

2.  This action is hereby **DISMISSED WITH PREJUDICE** as to Plaintiff, Amir Preisler's, individual claims and without prejudice as to any putative class members' claims;

3.  Each party shall bear its own costs and fees, except as otherwise agreed; and

4.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 5th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record